AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

4913 Fitch Place, N.E.
Washington, D.C. 20019

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**



FILED
JUN 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05 - 0338M - 01

I __CHARLES E. FULTZ, II__ being duly sworn depose and say:

I am a(n) Officer w/ the Metropolitan Police Department for the District of Columbia and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

4913 Fitch Place, N.E., Washington, D.C., is described as a three-level row house, with the numbers 4913 on the south side of Fitch Place, N.E., and bears the number 4 9 1 3 at the row house's only main front entrance.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
Illicit narcotic drugs, monies, narcotic paraphernalia, documents and other papers, and other contraband associated with the illegal distribution and possession of illegal narcotics controlled substances, as more fully set out in the affidavit submitted in support of the application for this warrant which affidavit is incorporated herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities of crime and other contraband and property designed or intended for use as a means of committing a criminal offense.

concerning a violation of Title __21__ United States Code, Section(s) __841(a)(1)__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES  ☐ NO

PATRICIA MCBRIDE
ORGANIZED CRIME AND NARCOTICS
TRAFFICKING SECTION
(202) 514-7549

Signature of Affiant
CHARLES E. FULTZ, II, Officer
MAJOR NARCOTICS BRANCH, MPD

Sworn to before me, and subscribed in my presence

JUN 15 2005
Date

at Washington, D.C.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer