AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

4913 Fitch Place, N.E.
Washington, D.C. 20019

**FILED**
JUN 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SEARCH WARRANT**

**CASE NUMBER:** 05-0338M-01

TO: __CHARLES E. FULTZ, II__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Officer CHARLES E. FULTZ, II__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

4913 Fitch Place, N.E., Washington, D.C., is described as a three-level row house, with the numbers 4913 on the south side of Fitch Place, N.E., and bears the number 4 9 1 3 at the row house's only main front entrance.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

Illicit narcotic drugs, monies, narcotic paraphernalia, documents and other papers, and other contraband associated with the illegal distribution and possession of illegal narcotics controlled substances, as more fully set out in the affidavit submitted in support of the application for this warrant which affidavit is incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __June 25, 2005__
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 15 2005                              at Washington, D.C.
Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE                    /s/ John M. Facciola
Name and Title of Judicial Officer       Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| June 15, 2005 | June 16, 2005 / 1830 | Nicole Martin |

INVENTORY MADE IN THE PRESENCE OF  Cephas, Brennan, Brown, Fultz, Shaw, Washington, Delpo, Pearce

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Black bag containing 100.8 grams of crack, 50.6 grams of powder cocaine, empty ziplocks, sifters, spoons, cutting agents, razor blades, 2 scales, roll of tape, scissors, playing cards.
- Black Smith and Wesson semi-automatic 9mm handgun inside of holster
- Black magazine containing ammunition.
- Identification card from DCRA in the name of Norris Robert Martin
- 2 boxes of ammunition (1) 9mm ammo box (2) 25 auto ammunition box.
- Silver Raven 25 semi-auto handgun inside black pouch along with two ammunition magazines
- Mail matter, identification card
- One ziplock with orange pills

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X [signature]

**FILED**
JUN 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

John M Facciola
U.S. Judge or U.S. Magistrate Judge

06/17/05
Date