UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 05-CR 338M-01 |
| NORRIS R. MARTIN | : |

**APPEARANCE OF COUNSEL FOR DEFENDANT**

Please enter the appearance of undersigned counsel on behalf of the Defendant.

                                        Stephen F. Brennwald, Esq.
                                        Bar No. 398319
                                        Brennwald & Robertson, LLP
                                        922 Pennsylvania Avenue, S.E.
                                        Washington, D.C.  20003
                                        (202) 544-1990
                                        (202) 544-5003 (facsimile)
                                        (301) 928-7727 (cell)
                                        E-mail:  sfbrennwald@cs.com
                                        Retained Counsel